



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MCKENZIE STEPE AND KAREN WOOLEN, Individually and on Behalf of All Others Similarly Situated, as Class Representatives, | Civil Action No. 12 CV 1581 (AKH) |
| Plaintiffs, | **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |
| v. | |
| NOVO NORDISK, INC., | *ELECTRONICALLY FILED* |
| Defendant. | |

In light of the recent decision of the Supreme Court in the matter <u>Michael Shane Christopher, et al. v. SmithKline Beecham Corporation, dba GlaxoSmithKline</u>, Supreme Court Docket No. 11-204, Plaintiffs McKenzie Stepe and Karen Woolen (collectively, "Plaintiffs") and Defendant Novo Nordisk Inc., ("Defendant"), by and through their respective counsel of record, hereby stipulate and agree that the above-captioned case shall be unconditionally dismissed with prejudice and on the merits, without fees or costs to any party.

STIPULATED, AGREED, AND CONSENTED TO BY:

SANFORD WITTLES & HEISLER, LLP

BY: _____

Jeremy Heisler, Esq.
Steven L. Wittels, Esq.
Deborah K. Marcuse, Esq.
*Attorneys for Plaintiffs and proposed*
*collective action and class members*
Dated: June 21, 2012

MORGAN, LEWIS & BOCKIUS LLP

BY: _____

Samuel S. Shaulson, Esq.
Thomas A. Linthorst, Esq
Ellyn Pearlstein, Esq.
*Attorneys for Defendant*

Dated: June 21, 2012

SO ORDERED:

_____

Honorable Judge Alvin K. Hellerstein

6-25-12